JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA C., <br>         Plaintiff, <br>   v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>         Defendant. | NO. CV 21-5474-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: February 16, 2023

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE