1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  93 S. Chestnut Street, Suite 208
   Ventura, California 93001
3  Telephone: (805) 653-7937
   Facsimile: (805) 653-7225
4  E-Mail: andrewtkoenig@hotmail.com

5
   Attorney for Plaintiff Bertha Chavez
6

7

8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9                         WESTERN DIVISION

10
   BERTHA CHAVEZ,                 )    CASE NO. CV 21-05474-KS
11                                )
                                  )
12        Plaintiff,              )    [PROPOSED] ORDER
                                  )    AWARDING ATTORNEY'S
13     v.                         )    FEES AND COSTS PURSUANT
                                  )    TO THE EQUAL ACCESS TO
14                                )    JUSTICE ACT, 28 U.S.C.
   KILOLO KIJAKAZI, ACTING        )    § 2412(d), AND COURT COSTS
15 COMMISSIONER OF SOCIAL         )    PURSUANT TO
   SECURITY,                      )    28 U.S.C. § 1920
16                                )
17        Defendant.              )
                                  )
18

19      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20 IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

21 Justice Act in the amount of SIX-THOUSAND FIVE-HUNDRED DOLLARS and

22 NO CENTS ($6,500.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in

23 the amount of FOUR-HUNDRED TWO DOLLARS and NO CENTS ($402.00), as

24 authorized by 28 U.S.C. § 2412(d), pursuant to 28 U.S.C. § 1920, subject to the

25 terms of the Stipulation.

26

27 Dated: April 17, 2023

28                                     KAREN L. STEVENSON
                                       CHIEF MAGISTRATE JUDGE